**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Angelica Junious

                Plaintiff,

v.                                                           Case No.: 1:22–cv–03681
                                                                           Honorable Edmond E. Chang

W. Baker, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 23, the Court sets the following discovery schedule. Rule 26(a)(1) disclosures due 09/30/2022. The first round of written discovery requests must be issued by 10/14/2022. Fact discovery, including any treating health care providers (if any), must be completed by 06/30/2023. Rule 26(a)(2)(C) summaries for treating health care providers (if any) must be disclosed 75 days in advance of the fact discovery deadline, and adjusts with any general extension of fact discovery deadline. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** Rule 16(b) deadline to add parties or amend pleadings is 03/06/2023. Discovery supervision is referred to the magistrate judge (including the authority to adjust all deadlines). The tracking status hearing of 10/07/2022 is reset to 01/13/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called).Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.