**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANGELICA JUNIOUS, <br><br> Plaintiff, <br><br> v. <br><br> SGT. W. BAKER #3159, <br> R/O C. CHENGARY #16269, <br> R/LT PURCELL #758 <br> JOHN DOE DEPUTY SHERIFFS, <br> JANE DOE DEPUTY SHERIFFS <br> COOK COUNTY SHERIFF <br> TOM DART, <br> and COOK COUNTY, ILLINOIS, <br><br> Defendants. | Case No. 1:22-cv-03681 <br><br> Honorable Judge Edmond E. Chang <br><br> Magistrate Judge Maria Valdez |

**DEFENDANTS' STATUS REPORT**

Defendants SGT. W. BAKER, OFFICER C. CHENGARY, OFFICER PURCELL, COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY ("Defendants"), through their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, by her Assistant State's Attorneys ANTONIO LEE and AMANDA C. GUERTLER, pursuant to Court Order on October 6, 2022 (Dkt. No. 26), submit the following Status Report:

1. On or before September 30, 2022, Plaintiff Angelica Junious ("Plaintiff") and Defendants (collectively the "Parties") issued Rule 26(a)(1) disclosures.

2. On October 14, 2022, the Parties propounded initial rounds of written discovery requests. By January 27, 2022, the initial rounds of written discovery will be complete.

3. Plaintiff will file an Amended Complaint at Law, which will add individual party-defendants before December 30, 2022.

4. Undersigned counsel emailed counsel for Plaintiff regarding final edits to a proposed joint status report, including emails today at 11:50 a.m., 1:07 p.m., and 4:14 p.m.; however, no response was provided. Accordingly, Defendants submit the last revised version.

**Dated: December 14, 2022.**

              Respectfully submitted,

              Kimberly M. Foxx
              Cook County State's Attorney


              */s/ Antonio Lee*
              Antonio Lee
              Amanda Christine Guertler
              Assistant State's Attorneys
              **Cook County State's Attorney's Office**
              500 Richard J Daley Center
              Chicago, IL 60602
              *Counsel for Defendants*