UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22 CV 3681 |
| v. | ) | |
| | ) | Honorable Judge Edmond E. Chang |
| SGT. W. BAKER #3159, | ) | |
| R/O C. CHENGARY #16269, | ) | |
| R/LT PURCELL #758, | ) | Magistrate Judge Maria Valdez |
| OFFICER NEALON # 18420 | ) | |
| OFFICER WALZ #18563 | ) | |
| OFFICER RAHN #17086, | ) | |
| OFFICER GLAZIERS, | ) | |
| COOK COUNTY SHERIFF TOM DART, | ) | |
| and COOK COUNTY, ILLINOIS, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT *INSTANTER***

Plaintiff, ANGELICA JUNIOUS, by and through her attorneys, Melvin L. Brooks and Brian Orozco, seeks leave to file an amended complaint adding individual party-defendant-police-officers NEALON (Star No.: #18420), WALZ (Star No.: # 18563), RAHN (Star No.: #17086) and OFFICER GLAZIERS, as follows:

1. This is a civil rights action brought by a female pretrial detainee, Angelica Junious, against jail guards (and their employers) who put Angelica in a cell next to a male inmate knowing that the male inmate would enter Angelica's cell through side doors that connected the two cells and commit an act of sexual violence against her.

2. On July 15, 2022, Angelica filed her Complaint. (*See* Dkt. 1.)

3. On September 16, 2022, Defendant-officers BAKER (Star No.: 3159), CHENGARY (Star No.: #16269), PURCELL (Star No.: Purcell (#758), Cook County Sheriff Dart

and Cook County, answered the Complaint and asserted affirmative defenses. (*See* Dkt. 21.)

4. On September 27, 2022, Defendants made their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), identifying individuals likely to have information pertaining to the matter, and producing data and documents Defendants may use to defend the case.

5. Based on those disclosures, Plaintiff seeks to identify four individual-defendant officers as party-defendants who were referred to in the Complaint as "john or jane does," namely officers NEALON (Star No.: #18420), WALZ (Star No.: # 18563), RAHN (Star No.: #17086) and OFFICER GLAZIERS.

6. Federal Rule of Civil Procedure 15 provides that a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Supreme Court has pointedly instructed the mandate embodied in Fed. R. Civ. P. 15 "is to be heeded," even though this Court ultimately has discretion in the area. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

7. This motion is not meant to delay the proceeding, no party will suffer prejudice if this motion is granted, and justice requires that leave to amend be allowed for the purposes of adding individual party-defendants to the case.

8. Attached as Exhibit A is the proposed pleading for this Court's review. *See Otto v. Variable Annuity Life Ins. Co.*, 814 F.2d 1127, 1139, 1986 (7th Cir. 1986) (providing that a motion for leave to amend should be accompanied by the proposed pleading).

**WHEREFORE**, Plaintiff, ANGELICA JUNIOUS, requests that the Court grant her leave to file the proposed Amended Complaint, attached hereto as Exhibit A, *instanter*, and for such further and additional relief as this Court deems proper and just.

**DATED:** December 29, 2022

                                          Respectfully submitted,

                                          **ANGELICA JUNIOUS**

                                          By: /s/ Melvin L. Brooks
                                               One of Ms. Junious' Attorneys

Melvin L. Brooks
**THE COCHRAN FIRM CHICAGO**
140 South Dearborn Street
Suite 1020
Chicago, Illinois 60603
(312) 262-2880
mbrooks@cochranfirm.com
ccommito@henderson-parks.com

Brian Orozco
**GREGORY E. KULIS & ASSOCIATES, LTD.**
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
(312) 580-1830
www.kulislawltd.com

Cierra Norris
**THE LAW OFFICE OF C.N. NORRIS, LLC.**
900 W. Jackson Blvd., Suite 6E
Chicago, IL 60607
P:312.625.6129
F: 312.374.6441

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 29, 2022, the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT *INSTANTER*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

Amanda Christine Guertler
**Cook County State's Attorney's Office**
500 Richard J Daley Center
Chicago, IL 60602
(312) 603-6299
Email: amanda.guertler@cookcountyil.gov

Antonio C. Lee
**Cook County State's Attorney's Office**
50 W. Washington St.
Chicago, IL 60602
(312) 603-5439
Email: antonio.lee@cookcountyil.gov

/s/ Melvin L. Brooks