## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANGELICA JUNIOUS, <br><br> Plaintiff, <br><br> v. <br><br> SGT. W. BAKER, et al. <br><br><br> Defendants. | Case No. 22-cv-3681 <br><br> Honorable Judge Edmond E. Chang <br> Magistrate Judge Maria Valdez |

### NOTICE OF FILING

To:

**Cierra Norris**
**The Law Office of C.N. Norris, LLC**
**900 W. Jackson Blvd., Suite 7E**
**Chicago, IL 60607**
**312.625.6129**
**Email: cierra@cnnorrislaw.com**

**Devlin Joseph Schoop**
**Henderson Parks, LLC**
**140 South Dearborn**
**Suite 1020**
**Chicago, IL 60602**
**(312) 262-2914**
**Email: dschoop@henderson-parks.com**

**Brian M Orozco**
**Gregory E. Kulis and Associates, LTD.**
**134 N. LaSalle St., Ste 444**
**Chicago, IL 60602**
**760-533-2211**
**Email: borozco@kulislawltd.com**

**Melvin L. Brooks**
**Henderson Parks, LLC**
**140 South Dearborn Street**
**Suite 1020**
**Chicago, IL 60603**
**(312) 262-2900**
**Email: mbrooks@henderson-parks.com**

**PLEASE TAKE NOTICE** that on February 10, 2023, I caused the attached *Defendants' Answer, Affirmative Defenses and Jury Demand to Plaintiff's Amended Complaint* to be filed on behalf of Defendants with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

KIMBERLY M. FOXX
State's Attorney of Cook County

/s/: Antonio Lee
Antonio Lee, Assistant State's Attorney
50 West Washington, Suite 500
Chicago, Illinois 60602
(312) 603-5439
antonio.lee@cookcountyil.gov

1

**CERTIFICATE OF SERVICE**

I, Assistant State's Attorney Antonio Lee, hereby certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), *Defendants' Answer, Affirmative Defenses and Jury Demand to Plaintiff's Amended Complaint* were served upon Plaintiff on February 10, 2023, to the below listed individuals.

| | |
|---|---|
| **Cierra Norris**<br>**The Law Office of C.N. Norris, LLC**<br>900 W. Jackson Blvd., Suite 7E<br>Chicago, IL 60607<br>312.625.6129<br>Email: cierra@cnnorrislaw.com | **Devlin Joseph Schoop**<br>**Henderson Parks, LLC**<br>140 South Dearborn<br>Suite 1020<br>Chicago, IL 60602<br>(312) 262-2914<br>Email: dschoop@henderson-parks.com |
| **Brian M Orozco**<br>**Gregory E. Kulis and Associates, LTD.**<br>134 N. LaSalle St., Ste 444<br>Chicago, IL 60602<br>760-533-2211<br>Email: borozco@kulislawltd.com | **Melvin L. Brooks**<br>**Henderson Parks, LLC**<br>140 South Dearborn Street<br>Suite 1020<br>Chicago, IL 60603<br>(312) 262-2900<br>Email: mbrooks@henderson-parks.com |

    */s/ Antonio Lee*
Antonio Lee, Assistant State's Attorney
50 West Washington, Suite 500
Chicago, Illinois 60602
(312) 603-5439
antonio.lee@cookcountyil.gov