UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Angelica Junious
                      Plaintiff,

v.                                                 Case No.: 1:22−cv−03681
                                                       Honorable Edmond E. Chang

W. Baker, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 5, 2023:

    MINUTE entry before the Honorable Maria Valdez: Defendants' Joint Motion to Extend Fact Discovery [74] is granted. The deadline for the completion of fact discovery is hereby extended to 9/1/23. All parties, including Plaintiff, are entitled to take depositions, and the parties shall work together cooperatively and promptly to schedule any necessary depositions. No further extensions of the fact discovery deadline will be granted absent extraordinary circumstances. The Court will set an expert discovery schedule at a later date. Accordingly, Plaintiff's Motion to Set the Expert Discovery and Trial−Related Schedule [73] is denied at this juncture as moot. The written status date of 7/6/23 is stricken and re−set to 8/1/23. The Court expects that, at the time of the next status date, depositions will be underway and all depositions will have been scheduled. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.