# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angelica Junious

                 Plaintiff,

v.                                              Case No.: 1:22−cv−03681

                                                      Honorable Edmond E. Chang

W. Baker, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: In−person motion hearing held. Defendant Jacquetta Nealon did not appear. Counsel for Defendant Nealon reported that Nealon has not responded to any communications since 05/23/2023. Defense counsel has left phone messages, mailed letters to Nealon's parents' house (where Nealon lives), and also sent an investigator to the house. The investigator spoke with an approximately 18−year−old female who at first acknowledged knowing Nealon, but then disclaimed knowledge after the investigator urged Nealon to contact counsel. Defense counsel also noted that County defense counsel, Antonio Lee (who was not available to attend), had reported that Nealon is on leave from the Sheriff's Office. Defense counsel shall contact the Sheriff's HR department to ascertain whether there is a scheduled return date. Plaintiff's counsel reported that Nealon is apparently undergoing a disciplinary action before the Cook County Merit Board and is being represented by attorney NaVarrio Wilkerson in that matter. Defense counsel's motion to withdraw Monica Burkoth, Samuel Branum, Nancy Duenez, Lisa McElroy, and Aleeza Mian's appearance as counsel for Defendant Nealon [78] is granted in light of the lack of communications. Defense counsel's final duties before withdrawing are (1.) mail and email a copy of this order along with calling (or leaving a voicemail) for Defendant Nealon advising her of this Court's order; (2.) file a supplemental status report reporting on the status of Defendant's scheduled return to work date, if any; (3.) email the courtroom deputy with Defendant Nealon's last known contact information. Counsel for the Plaintiff shall email the courtroom deputy with attorney Wilkerson's contact information. ****Defendant Nealon is warned that failure to respond to the now−overdue interrogatories and document requests by 08/16/2023 will result in the Court deeming her in DEFAULT, meaning that the allegations against her will be deemed to be true and judgment will eventually be entered against her.**** The Court invites Nealon to promptly file an extension motion, but she must start participating in this case or else face default. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.