UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Angelica Junious
                Plaintiff,

v.                                                  Case No.: 1:22–cv–03681
                                                  Honorable Edmond E. Chang

W. Baker, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable Maria Valdez: On 7/31/23, Plaintiff filed her instant motion for protective order [82]. Defendants' response indicates that the relief requested by Plaintiff in the motion differs from the relief requested during the meet and confer process, though Plaintiff disputes that characterization. The Court reminds the parties that the meet and confer process is an integral part of motion practice and all proposed relief should be discussed during the meet and confer. In any event, Defendants do not object to the relief requested in Plaintiff's motion. As a result of this general agreement, the Court denies Plaintiff's motion as moot. However, the Court agrees that the following protocol shall be in place during Plaintiff's deposition: (1) the location of Plaintiff's deposition shall be the Law Office of the Cochran Firm Chicago; (2) Amerantha Skinner is prohibited from being inside the room where Plaintiff's deposition will be taken; (3) Ms. Skinner is prohibited from discussing with anyone, including but not limited to Plaintiff, Plaintiff's testimony during the course of Plaintiff's deposition; and (4) Ms. Skinner is prohibited from listening to Plaintiff's testimony during the deposition. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.