### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angelica Junious

                      Plaintiff,

v.                                                       Case No.: 1:22−cv−03681

                                                             Honorable Edmond E. Chang

W. Baker, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable Maria Valdez: Defendants' response concerning the discovery aspects of Plaintiff's Motion for Leave to File an Amended Complaint and for Other Miscellaneous Relief [98] is due 8/18/23. In−person hearing on the motion is set before Magistrate Judge Valdez on 8/22/23 at 10:00 a.m. in Courtroom 1041. No telephonic appearances will be allowed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.