**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGELICA JUNIOUS,<br><br>                Plaintiff,<br><br>    v.<br><br>W. BAKER, et al.,<br><br>                Defendants. | No. 1:22-cv-03681<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Maria Valdez |

**MOTION TO JOIN DEFENDANTS' MOTION TO STAY AND DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR OTHER MISCELLANEOUS RELIEF**

Defendant Sgt. William Baker ("Sgt. Baker"), by his attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her Assistant State's Attorney, Miguel E. Larios, and for his Motion to Join Defendants' Motion to Stay (dkt. 104) and Defendants' Response to Plaintiff's Motion for Leave to File an Amended Complaint and For Other Miscellaneous Relief (dkt. 103), states as follows:

    1.    On August 14, 2023, undersigned counsel was assigned to represent Sgt. Baker and filed his appearance that same day. (Dkt. 96).

    2.    On August 18, 2023, Defendants (other than Sgt. Baker) filed a motion to stay pursuant to the abstention doctrine established by *Younger v. Harris*, 401 U.S. 37 (1971) (dkt. 104), and also filed their response to Plaintiff's Motion for Leave to File an Amended Complaint and For Other Miscellaneous Relief (dkt. 103).

    3.    Sgt. Baker seeks to join the legal arguments set forth in Defendants' motion to stay pursuant to *Younger*. (Dkt. 104).

4.   Because undersigned counsel was not involved in the case until four (4) days ago, he has no direct knowledge of the factual background or procedural posture set forth in the motion to stay, Sgt. Baker therefore seeks to join as to the legal arguments only.

5.   Sgt. Baker also seeks to join in Defendants' response to Plaintiff's motion for leave to file an amended complaint and for other miscellaneous relief. (Dkt. 103).

6.   No party will be prejudiced by the granting of this motion.

**WHEREFORE**, Defendant Sgt. William Baker respectfully requests that this Honorable Court: (1) grant him leave to join the legal arguments set forth in Defendants' motion to stay, (2) grant him leave to join Defendants' response to Plaintiff's motion for leave to amend and for miscellaneous relief, and (3) grant such other relief that this Court deems just.

Dated: August 18, 2023			Respectfully submitted,

						**KIMBERLY M. FOXX**
						State's Attorney of Cook County


						*/s/ Miguel E. Larios*
						Miguel E. Larios
						Cook County State's Attorney's Office
						Conflicts Counsel Unit
						50 West Washington Street, Suite 2760
						Chicago, Illinois 60602
						(312) 603-1427
						miguel.larios@cookcountyil.gov

						*Counsel for Defendant Sgt. William Baker*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 18, 2023, he filed the foregoing document using the CM/ECF e-filing system with the Clerk of the Court for the United States District Court for the Northern District of Illinois, which will notify counsel of record of this electronic filing.

*/s/ Miguel E. Larios*
