# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Junious v. SGT. W. Baker #3159 et al.   Case Number: 2022-cv-03681

An appearance is hereby filed by the undersigned as attorney for: Angelica Junious

Attorney name (type or print): Colin Q. Commito

Firm: The Cochran Firm Chicago

Street address: 140 S. Dearborn Street, Suite 1020

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6308770                           Telephone Number: 312-262-2904

(See item 3 in instructions)
Email Address: ccommito@cochranfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/22/2023

Attorney signature:    S/  Colin Q. Commito
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015