UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Angelica Junious
                Plaintiff,

v.                                    Case No.: 1:22–cv–03681
                                    Honorable Edmond E. Chang

W. Baker, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the Defendant's motion [109] to stay briefing on the Plaintiff's motion to filed Second Amended Complaint, as well as the response filed by the Plaintiff, R. 110, the motion is granted. The defense does not object to the proposal in the Plaintiff's response. So the motion [109] to stay briefing on the amend–complaint motion is granted. The Plaintiff may file a 20–page response to the defense motion to stay the case (and the upcoming conflicts supplement). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.