UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Angelica Junious, | |
| Plaintiff, | No. 22 C 3681 |
| v. | Honorable Edmond E. Chang |
| Sgt. W. Baker #3159, et al., | Magistrate Judge Maria Valdez |
| Defendants. | |

### DEFENDANTS' SUPPLEMENTAL BRIEF
### IN SUPPORT OF THEIR MOTION TO STAY

Defendants LT. PURCELL, OFFICER CHENGARY, OFFICER WALZ, OFFICER RAHN, and COOK COUNTY SHERIFF TOM DART, (collectively, "Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorneys, ANTONIO LEE and JAMES O'CONNOR, pursuant to Court Order on September 1, 2023, submit the following supplemental brief in support of their Motion to Stay, and state as follows:

In response to the Court's request, Defendants state that their representation is in the process of being referred to new counsel, and that they have not yet decided whether to concede or to contest whether the sexual assault occurred.

**Dated: September 5, 2023.**

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Antonio Lee
Antonio Lee
James O'Connor

1

Assistant State's Attorneys<br>
500 Richard J. Daley Center<br>
Chicago, Illinois 60602<br>
(312) 603-5439<br>
Antonio.Lee@cookcountyil.gov

## CERTIFICATE OF SERVICE

    I, Assistant State's Attorney, Antonio Lee, hereby certify that *Defendants' Supplemental Brief in Support of Their Motion to Stay* was served upon Plaintiff's counsel via the CM/ECF filing system on September 5, 2023.

*/s/ Antonio Lee*<br>
Antonio Lee