IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELICA JUNIOUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-3681 |
| ) | |
| SGT. W. BAKER #3159, ) | Judge Edmond E. Chang |
| R/OC CHENGARY #16269, ) | |
| R/LT PURCELL #758, ) | Magistrate Judge Maria Valdez |
| OFFICER NEALON #18420 ) | |
| OFFICER WALZ #18563 ) | |
| OFFICER RAHN #17086, ) | |
| OFFICER GLAZIERS, ) | |
| COOK CUNTY SHERIFF TOM DART, ) | |
| and COOK COUNTY, ILLINOIS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorneys Antonio Lee and James O'Connor withdraw their appearances for Defendants, COOK COUNTY and COOK COUNTY SHERIFF THOMAS DART**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jason E. DeVore substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jason E. DeVore*_____
Jason E. DeVore
ARDC# 6242782
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: jdevore@devoreradunksy.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 12, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*_____