IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-3681 |
| | ) | |
| SGT. W. BAKER #3159, | ) | Judge Edmond E. Chang |
| R/OC CHENGARY #16269, | ) | |
| R/LT PURCELL #758, | ) | Magistrate Judge Maria Valdez |
| OFFICER NEALON #18420 | ) | |
| OFFICER WALZ #18563 | ) | |
| OFFICER RAHN #17086, | ) | |
| OFFICER GLAZIERS, | ) | |
| COOK CUNTY SHERIFF TOM DART, | ) | |
| and COOK COUNTY, ILLINOIS | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorneys Antonio Lee and James O'Connor withdraw their appearances for Defendants, COOK COUNTY and COOK COUNTY SHERIFF THOMAS DART**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Zachary G. Stillman substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Zachary G. Stillman*
Zachary G. Stillman (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 12, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*