IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-3681 |
| | ) | |
| SGT. W. BAKER #3159, R/OC CHENGARY #16269, R/LT PURCELL #758, OFFICER NEALON #18420, OFFICER WALZ #18563, OFFICER RAHN #17086, OFFICER GLAZIERS, COOK COUNTY SHERIFF TOM DART, and COOK COUNTY, ILLINOIS | ) ) ) ) ) ) ) | Judge Edmond E. Chang<br><br>Magistrate Judge Maria Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on **September 18, 2023 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before Judge Edmond E. Chang or any other judge sitting in his stead in Courtroom 2341 at Everett McKinley Dirksen, United States Courthouse, 219 S. Dearborn Street, Chicago, IL, and then and there present **Defendants' Purcell, Chengary, Walz and Rahn's Motion for Leave to Substitute as Counsel and for Extension of Time to Reply,** a copy of which is herewith served upon you.

                                                Respectfully submitted,

                                                KIMBERLY M. FOXX
                                                State's Attorney of Cook County

By:    /s/ William B. Oberts
        Special State's Attorney
        On behalf of Defendants Purcell,
        Chengary, Walz and Rahn

William B. Oberts, Esq. – ARDC #6244723
Amy M. Kunzer, Esq. – ARDC #6293176
Tribler Orpett & Meyer, P.C.
225 West Washington Street, Suite 2550
Chicago, Illinois 60606
(312) 201-6400
wboberts@tribler.com
amkunzer@tribler.com
docket@tribler.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2023, a true and correct copy of **Notice of Motion and Defendants', Purcell, Chengary, Walz and Rahn's, Motion for Leave to Substitute as Counsel and for Extension of Time to Reply**, were served upon:

| | |
|---|---|
| Melvin L. Brooks<br>Devlin Joseph Schoop<br>Colin Q. Commito<br>**HENDERSON PARK, LLC**<br>140 South Dearborn Street<br>Suite 1020<br>Chicago, Illinois 60603<br>(312) 262-2880<br>mbrooks@cochranfirm.com<br>dschoop@henderson-parks.com<br>ccommito@cochranfirm.com<br><br>Cierra Norris<br>**THE LAW OFFICE OF C.N. NORRIS, LLC.**<br>900 W. Jackson Blvd., Suite 7E<br>Chicago, IL 60607<br>P:312.625.6129<br>cierra@cnorrislaw.com | Brian Orozco<br>**GREGORY E. KULIS & ASSOCIATES, LTD.**<br>134 N. LaSalle Street, Suite 444<br>Chicago, IL 60602<br>(312) 580-1830<br>borozco@kulislawltd.com<br><br><br>Antonio C. Lee<br>James O'Conner<br>Miguel Larios<br>**Cook County State's Attorney's Office**<br>50 W. Washington St.<br>Chicago, IL 60602<br>(312) 603-5439<br>antonio.lee@cookcountyil.gov<br>james.oconnor@cookcountyil.gov<br>miguel.larios@cookcountyil.gov |

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by emailing a copy to the above named attorney or party of record at the address listed above.

                                                        s/William B. Oberts
                                                            an Attorney