Case: 1:22-cv-03681 Document #: 130 Filed: 09/19/23 Page 1 of 1 PageID #:824    MEK

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

22-cv-3681
dkt #89

Return to
sender

no live

Ms. Jacquetta Nelson
9927 S. Clyde Avenue
Chicago, IL 60617



neopost
08/02/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

ZIP 60604
041M11270962

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 60604180099       *0261-03160-03-01