IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-3681 |
| | ) | |
| SGT. W. BAKER, R/O C. CHENGARY, R/LT PURCELL, OFFICER NEALON, OFFICER WALZ, OFFICER RAHN, OFFICER GLAZIERS, COOK CUNTY SHERIFF TOM DART, and COOK COUNTY, ILLINOIS | ) ) ) ) ) | Judge Edmond E. Chang<br><br>Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

    PLEASE TAKE NOTICE that I shall appear before the Honorable Edmond E. Chang, or another judge sitting in his place or stead, on **Monday, October 16, 2019 at 8:30 a.m**., in Room 2341 to present the undersigned's Defendant Baker's Motion for Leave to Substitute as Counsel and to Join Reply In Support of Motion to Stay, a copy of which is herewith served upon you.

    I, Kenneth M. Battle, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to be filed via the Court's CM/ECF online filing system and to be served on the above counsel of record on this the October 11, 2023.

                                                                                        */s/ Kenneth M. Battle*
                                                                                        Kenneth M. Battle