UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Angelica Junious

                Plaintiff,

v.                                                           Case No.: 1:22–cv–03681

                                                                             Honorable Edmond E. Chang

W. Baker, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 12, 2023:

        MINUTE entry before the Honorable Edmond E. Chang: Defendant Baker's motion to substitute counsel and to join stay motion [135] is denied without prejudice. There is no statement of conferral, which is required by Judge Chang's Case Management Procedures. The Defendant shall promptly confer and refile the motion. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.