UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Angelica Junious
       Plaintiff,

v.                  Case No.: 1:22−cv−03681
                  Honorable Edmond E. Chang

W. Baker, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 12, 2023:

  MINUTE entry before the Honorable Edmond E. Chang: Defendant Baker's unopposed motion [138] to substitute as counsel and join in the stay−motion reply is granted. With the stay motion under advisement, the tracking status hearing of 10/13/2023 is reset to 10/27/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.