## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angelica Junious
                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−03681
　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang

W. Baker, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

      MINUTE entry before the Honorable Maria Valdez: The status hearing previously set for 10/31/23 at 10:00 a.m. is stricken, to be re−set at a later date. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.