**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Junious v. Sgt. W. Baker #3159, et al

Case Number: 22-cv-3681

An appearance is hereby filed by the undersigned as attorney for:

Sgt. W. Baker #3159

Attorney name (type or print): Herbert L. Stride

Firm: O'Connor & Battle, LLP

Street address: 111 W. Jackson Blvd., Suite 1700

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6192233
(See item 3 in instructions)

Telephone Number: (312) 786-4600

Email Address: cstride@mokblaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/9/2023

Attorney signature: S/ HERBERT L. STRIDE
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023