# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angelica Junious

                  Plaintiff,

v.

W. Baker, et al.

                  Defendant.

Case No.: 1:22–cv–03681
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 31, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) Defendant Baker's motion [105] to join the stay motion, R. 104, of the other Defendants is granted. The Court has the stay motion, R. 104, under advisement. (2.) By agreement, the briefing on the Plaintiff's motion for leave to file [98] second amended complaint was paused during the pendency of the stay motion, R. 111, so the motion [98] is terminated without prejudice to its resumption if the stay motion is denied. Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.