

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   William B. Oberts

Firm   Oberts Galasso Law Group

Street Address   161 N. Clark Street, Suite 1600

City/State/Zip Code   Chicago, IL 60601

Phone Number   312-741-1024

Email address   wboberts@obertsgalasso.com

ARDC (Illinois State Bar members, only)   6244723

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

s/ William B. Oberts                                5-3-24
_____        _____
Signature of Attorney                              Date

Rev. 01272016