## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Angelica Junious

                Plaintiff,

v.

W. Baker, et al.

                Defendant.

Case No.: 1:22–cv–03681
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

    MINUTE entry before the Honorable Edmond E. Chang: The motion to stay [104] remains under advisement. The tracking status hearing of 07/12/2024 is reset to 07/26/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.