IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CV-3681 |
| | ) | |
| v. | ) | Judge Chang |
| | ) | Magistrate Judge Valdez |
| SGT. BAKER, et al., | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Now comes Attorney Devlin Joseph Schoop, on behalf of himself, presents this motion to withdraw his appearance as counsel of record for Plaintiff Angelica Junious, stating the following in support:

1. Devlin Joseph Schoop is no longer affiliated with the law firm of Henderson Parks, LLC., d/b/a The Cochran Fim Chicago. This matter is not one of the cases that will be going with Attorney Schoop as he transitions his law practice.

2. Plaintiff Angelica Junious will continue to be represented by lead Plaintiff's counsel, Melvin L. Brooks, who is a partner with the Cochran Firm Chicago.

3. Granting this motion will not prejudice Plaintiff or Defendants because: (1) for over 12 months, this case has been effectively stayed awaiting a ruling on Defendants' pending motion to stay the proceedings due to the underlying criminal prosecution of non-party Steven McKinnie; (2) there is no pending discovery schedule in light of Magistrate Judge Valdez' prior ruling from the bench that any discovery cut-offs will be modified once there is a ruling on the pending motion to stay; (3) Plaintiff will continue to be represented by Attorney Brooks; and (4) Attorney Schoop's

withdrawal from this case, given the procedural posture, will cause no prejudice to any of the Defendants.

    5.    Attorney Devlin Joseph Schoop represents and warrants that this motion is brought in good faith and not for the purpose of causing undue delay or prejudice to the prompt resolution/disposition of this matter.

    **WHEREFORE**, for the reasons set forth above, Attorney Devlin Joseph Schoop respectfully requests that this Honorable Court enter an order terminating Mr. Schoop's appearance as counsel of record for Plaintiff Angelica Junious.

    By: /s/ *Devlin Joseph Schoop*
    Counsel for Plaintiff

Devlin Joseph Schoop, Esq.
Of Counsel
Laduzinsky & Associates
216 S. Jefferson
Suite 301
Chicago, Illinois 60661
Tel.: (312) 424-2646
dschoop@laduzinsky.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **October 21, 2024**, the foregoing **Motion to Withdraw** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which automatically serves a copy of the foregoing upon all counsel of record that have appeared in this action.

s/<i>Devlin Joseph Schoop</i>