UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Angelica Junious
                  Plaintiff,

v.                                                  Case No.: 1:22–cv–03681
                                                          Honorable Edmond E. Chang

W. Baker, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 24, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) The Court is still reviewing the pertinent filings. The tracking status hearing of 10/25/2024 is reset to 11/08/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). (2.) The motion [165] of attorney Devlin Schoop to withdraw as counsel for the Plaintiff is granted. His appearance is terminated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.