# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGELICA JUNIOUS, | ) |
| | ) |
|     Plaintiff, | ) Case No. 1:22-cv-03681 |
| v. | ) |
| | ) |
| SGT. W. BAKER #3159, | ) |
| R/O C. CHENGARY #16269, | ) |
| R/LT PURCELL #758, | ) |
| JOHN DOE DEPUTY SHERIFFS, | ) JURY DEMAND |
| JANE DOE DEPUTY SHERIFFS, | ) |
| COOK COUNTY SHERIFF, | ) |
| TOM DART, and COOK COUNTY, | ) |
| ILLINOIS, | ) |
|  a Municipal Corporation, | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that an **Attorney Appearance** was filed by Attorney Vincenzo B. Caporale (#6335651) on behalf of Plaintiff, Angelica Junious, on December 18, 2024, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                  */s/ Vincenzo B. Caporale*
                                                  Vincenzo B. Caporale

**Vincenzo B. Caporale, No. 6335651**
**C. Norris Law Group, LLC**
**900 W. Jackson Blvd., Suite 6E**
**Chicago, IL 60602**
**p. 312.625.6129**
**e. cierra@cnnorrislaw.com**
**e. vinnie@cnnorrislaw.com**