

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF
ILLINOIS 219 SOUTH DEARBORN
STREET CHICAGO, ILLINOIS
60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click [HERE](#) for update instructions.

Name  Amy M. Kunzer

Firm  Oberts Galasso Law Group

Street Address  181 W. Madison St., Suite 4700

City/State/Zip Code  Chicago, IL 60602

Phone Number  (312) 741-1024

Email address  amkunzer@obertsgalasso.com

ARDC (Illinois State Bar members, only)  6293176

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 18-cv-00998 | Coleman v. City of Chicago | Martha M. Pacold |
| 22-cv-03681 | Junious v. Baker, et al. | Edmond E. Chang |
| 21-cv-05525 | Morfin v. City of Chicago, et al. | John F. Kness |
| 19-cv-08254 | Sopron v. Cassidy, et al. | John F. Kness |
| 23-cv-04218 | Ozuruigbo v. City of Evanston, et al. | Edmond E. Chang |
| 21-cv-50219 | Tinch v. Winnebago County Sheriff's Office, et al. | Rebecca R. Pallmeyer |

| | | |
|---|---|---|
| 22-cv-6599 | Irving v. Cook County Sheriff, et al. | Andrea R. Wood |
| 17-cv-8696 | Fulton v. Clancy, et al. | Martha M. Pacold |
| 24-cv-7781 | Liakopoulos v. Welch, et al. | Jorge L. Alonso |
| 24-cv-3421 | Roundtree v. Squeo, et al. | Lindsay C. Jenkins |
| 24-cv-8854 | Williams v. Squeo, et al. | Matthew F. Kennelly |
| 22-cv-00320 | Antusas v. City of Chicago, et al. | John F. Kness |
| 25-cv-1186 | Certain Underwriters at Lloyd's v. RSC Insurance Brokerage, Inc. | Andrea R. Wood |

/s/ *Amy M. Kunzer*                       04-28-2025

Signature of Attorney                      Date