

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  William B. Oberts

Firm  Oberts Galasso Law Group

Street Address  181 W. Madison St., Suite 4700

City/State/Zip Code  Chicago, IL 60602

Phone Number  (312) 741-1024

Email address  wboberts@obertsgalasso.com

ARDC (Illinois State Bar members, only)  6244723

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 23-cv-02027 | Jackson v. Wojcik, et al. | Charles P. Kocoras |
| 23-cv-16896 | Benitez v. Bogucki, et al. | Mary M. Rowland |
| 23-cv-04268 | Cruz v. Guevara, et al. | Georgia N. Alexakis |
| 18-cv-00998 | Coleman v. City of Chicago | Martha M. Pacold |
| 22-cv-03681 | Junious v. Baker, et al. | Edmond E. Chang |
| 22-cv-03485 | Mansoori v. Pickens, et al. | Lindsay C. Jenkins |
| 21-cv-05881 | Mansoori v. Squires, et al. | Lindsay C. Jenkins |
| 21-cv-05525 | Morfin v. City of Chicago, et al. | John F. Kness |

Rev. 01272016

| | | |
|---|---|---|
| 19-cv-08254 | Sopron v. Cassidy, et al. | John F. Kness |
| 20-cv-4865 | Westbrooks v. Anstead | John F. Kness |
| 23-cv-04218 | Ozuruigbo v. City of Evanston, et al. | Edmond E. Chang |
| 22-cv-02725 | Morales v. City of Evanston, et al. | John J. Tharp |
| 21-cv-50219 | Tinch v. Winnebago County Sheriff's Office, et al. | Rebecca R. Pallmeyer |
| 23-cv-01691 | Abbas v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-02520 | Chen v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-04406 | Fernandez v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-1596 | Haynes v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-3430 | Hui v. Mikosz, et al. | Virginia M. Kendall |
| 24-cv-3725 | Lin v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-1182 | Malik v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-2546 | Michel v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-2858 | Said v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-1469 | Shankar v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-2401 | Sor v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-3173 | Stafford v. Mikosz, et al. | Virginia M. Kendall |
| 23-cv-16573 | Weiner v. Mikosz, et al. | Virginia M. Kendall |
| 22-cv-2838 | Diggs v. City of Chicago, et al. | Franklin R. Valderrama |
| 24-cv-641 | Nelson, et al., v. Sierzega, et al. | Rebecca R. Pallmeyer |
| 22-cv-6599 | Irving v. Cook County Sheriff, et al. | Andrea R. Wood |
| 20-cv-03740 | Bell v. City of Chicago | Andrea R. Wood |
| 17-cv-8696 | Fulton v. Clancy, et al. | Martha M. Pacold |
| 24-cv-7781 | Liakopoulos v. Welch, et al. | Jorge L. Alonso |
| 24-cv-10815 | Reyna v. Halloran, et al. | Jeremy C. Daniel |
| 24-cv-11090 | Escamilla v. Halloran, et al. | Jeremy C. Daniel |
| 24-cv-3421 | Roundtree v. Squeo, et al. | Lindsay C. Jenkins |
| 24-cv-8854 | Williams v. Squeo, et al. | Matthew F. Kennelly |
| 23-cv-1211 | Washington v. City of Chicago, et al. | John F. Kness |

Rev. 01272016

| | | |
|---|---|---|
| 25-cv-97 | Wright v. City of Chicago, et al. | Franklin R. Valderrama |
| 22-cv-00320 | Antusas v. City of Chicago, et al. | John F. Kness |
| 25-cv-1186 | Certain Underwriters at Lloyd's v. RSC Insurance Brokerage, Inc. | Andrea R. Wood |
| 24-cv-11278 | Rosario v. Guevara, et al. | Sunil R. Harjani |

/s/ *William B. Oberts*             04-28-2025
Signature of Attorney                 Date

Rev. 01272016