# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | Case No. 22 CV 3681 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SGT. W. BAKER #3159, | ) | Judge Edmond E. Chang |
| R/O C. CHENGARY #16269, | ) | |
| R/LT PURCELL #758, | ) | |
| OFFICER NEALON #18420, | ) | Magistrate Judge Maria Valdez |
| OFFICER WALZ #18563, | ) | |
| OFFICER RAHN #17086, | ) | |
| OFFICER GLAZIERS, | ) | |
| COOK COUNTY SHERIFF TOM DART, | ) | |
| And COOK COUNTY, ILLINOIS, | ) | |
| | ) | |
| *Defendants.* | ) | |

## DEFENDANTS COOK COUNTY SHERIFF TOM DART AND COOK COUNTY'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendants, Cook County Sheriff Tom Dart and Cook County, Illinois, move to substitute Thomas More Leinenweber and James V. Daffada as their counsel, and to withdraw the appearances of James William O'Connor, Jason Edward DeVore, Antonio C. Lee and Zachary G Stillman (collectively "Withdrawing Counsel"), and states:

1. Thomas More Leinenweber and James V. Daffada, attorneys, filed appearances in this matter immediately prior to filing of this motion, and are prepared to undertake Defendants' representation consistent with the existing schedule established by the Court.

2. Withdrawing Counsel consent to their substitution as Defendants' attorneys.

WHEREFORE, Defendants, Cook County Sheriff Tom Dart and Cook County, Illinois, respectfully requests the Court grant this Motion.

Dated: May 6, 2025                                       Respectfully submitted,

                                                                                  By: /s/ Thomas More Leinenweber

Thomas More Leinenweber
James V. Daffada
Leinenweber Daffada & Sansonetti, LLC
120 N. LaSalle Street Suite 2000
Chicago, Illinois 60602
(866) 786-3705
*Attorneys for Defendants Cook County Sheriff Tom Dart and Cook County, Illinois*