## THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | Case No. 22 CV 3681 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SGT. W. BAKER #3159, | ) | Judge Edmond E. Chang |
| R/O C. CHENGARY #16269, | ) | |
| R/LT PURCELL #758, | ) | |
| OFFICER NEALON #18420, | ) | Magistrate Judge Maria Valdez |
| OFFICER WALZ #18563, | ) | |
| OFFICER RAHN #17086, | ) | |
| OFFICER GLAZIERS, | ) | |
| COOK COUNTY SHERIFF TOM DART, | ) | |
| And COOK COUNTY, ILLINOIS, | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF FILING

TO:        See Attached Service List

PLEASE TAKE NOTICE that on May 6, 2025, I caused to be filed via electronic filing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the attached: **DEFENDANTS COOK COUNTY SHERIFF TOM DART AND COOK COUNTY'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL.**

s/ Thomas More Leinenweber
*Attorney for Defendants*

Leinenweber Baroni & Daffada LLC
120 N. LaSalle Street Suite 2000
Chicago, Illinois 60602
312-606-8705
312-403-1312 (cell)
tom@ilesq.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have caused true and correct copies of this Notice and Motion to be served on all parties pursuant to F. R.Civ.P. 5(b)(2)(D) through the court's Electronic Case Filing System at the electronic address appearing on record on May 6, 2025.

s/ Thomas More Leinenweber
**Attorney for Defendant**

2

**SERVICE LIST**

Cierra Norris
Vincenzo Bruno Caporale
The Law Office of C.N. Norris, LLC
900 W. Jackson Blvd., Suite 7E
Chicago, IL 60607
Email: cierra@cnnorrislaw.com

Melvin L. Brooks
Henderson Parks, LLC
140 South Dearborn Street
Suite 1020
Chicago, IL 60603
Email: mbrooks@cochranfirm.com

Brian M Orozco
Brian Orozco
134 N. La Salle Street
Suite 444
60602
Email: borozco@kulislawltd.com

Kenneth M. Battle
O'Connor & Battle, LLP
111 West Jackson Blvd
Ste 1700
Chicago, IL 60604
Email: kbattle@mokblaw.com

Jason Edward DeVore
Zachary G Stillman
DeVore Radunsky LLC
230 W Monroe
Suite 230
Chicago, IL 60604
Email: jdevore@devoreradunsky.com

John Coughlin Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd
Suite 1750
Chicago, IL 60604
Email: jcc@johnccoynelaw.com