# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Angelica Junious

                Plaintiff,

v.                                                      Case No.: 1:22−cv−03681

                                                            Honorable Edmond E. Chang

W. Baker, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2025:

        MINUTE entry before the Honorable Edmond E. Chang: Thomas Leinenweber's and James Daffada's motion to substitute as counsel for Defendants Cook County Sheriff Tom Dart and Cok County, Illinois [182] is granted. James William O'Connor, Jason Edward DeVore, Antonio C. Lee and Zachary G Stillman are given leave to withdraw. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.