IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELICA JUNIOUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2022 CV 3681 |
| ) | |
| SGT. W. BAKER #3159, ) | |
| R/O C. CHENGARY #16269, ) | |
| R/LT PURCELL #758, ) | |
| OFFICER NEALON #18420, ) | |
| OFFICER WALZ #18563, ) | |
| OFFICER RAHN #17086, ) | |
| OFFICER GLAZIERS, ) | |
| COOK COUNTY SHERIFF TOM DART, ) | |
| And COOK COUNTY, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: Counsel for Defendants
   Listed on the CM/ECF system

PLEASE TAKE NOTICE that on **September 8, 2025,** at **8:30 a.m.** or as soon thereafter as may be heard, counsel for Plaintiffs shall appear before the Judge Edmond E. Chang, in Courtroom 2341 of the Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the previously filed and served **Motion to Lift Stay** (DE 186).

Respectfully submitted,

**PLAINTIFF ANGELICA JUNIOUS**

By: /s/ Melvin L. Brooks
   One of her Attorneys

1

| | |
|---|---|
| Melvin L. Brooks | Cierra N. Norris |
| **THE COCHRAN FIRM CHICAGO** | **THE LAW OFFICE OF C.N. NORRIS, LLC** |
| 140 South Dearborn Street, Suite 1020 | 900 W. Jackson Blvd., Suite 6E |
| Chicago, Illinois 60603 | Chicago, Illinois 60607 |
| Tel: (312) 262-2880 | Tel:: (312) 625-6129 |
| mbrooks@cochranfirm.com | cierra@cnnorrislaw.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that on **September 2, 2025**, the foregoing **Notice of Motion** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

By: /s/Gwendolyn Griffin