IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANGELICA JUNIOUS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2020 CV 3681 |
| | ) |
| SGT. W. BAKER #3159, | ) |
| R/O C. CHENGARY #16269, | ) |
| R/LT PURCELL #758, | ) |
| OFFICER NEALON #18420, | ) |
| OFFICER WALZ #18563, | ) |
| OFFICER RAHN #17086, | ) |
| OFFICER GLAZIERS, | ) |
| COOK COUNTY SHERIFF TOM DART, | ) |
| And COOK COUNTY, ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, Gregory Vaci, and respectfully requests that this Court grant leave to withdraw his Appearance as attorney on behalf of Officer Jacquetta Nealon, as he is no longer associated with the Law Offices of John C. Coyne. Attorney John C. Coyne will continue to represent Officer Nealon.

WHEREFORE, Gregory Vaci, respectfully requests that the Court grant him leave to withdraw as attorney of record in this action.

Respectfully Submitted:

/s/ *Gregory Vaci*
Gregory Vaci (ARDC# 6204697)
ATTORNEY at LAW
grvaci@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2025, the foregoing ***Motion to Withdraw*** was electronically filed with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

      */s/ Gregory Vaci*