**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ANGELICA JUNIOUS,** | ) |
| | ) |
| Plaintiff, | ) |
| | )    Case No. 22 CV 3681 |
| v. | ) |
| | )    Honorable Edmond E. Chang |
| **SGT. W. BAKER #3159, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S SUPPLEMENT IDENTIFYING**
**REMAINING CLAIMS AND DEFENDANTS**

Pursuant to this Court's Order [Docket No. 234], Plaintiff Angelica Junious respectfully submits the following inventory of the claims remaining in this action and the specific Defendants against whom each claim is asserted.

| Defendant | Remaining Claims |
|---|---|
| **Sgt. William Baker #3159** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Officer Corinne Chengary #16269** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |

1

| Defendant | Remaining Claims |
|---|---|
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Lt. Karen Purcell #758** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Officer Jacquetta Nealon #18420** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Officer Ryan Walz #18563** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Officer Jessica Rahn #17086** | **Count I:** 42 U.S.C. § 1983 — Failure to Protect (Fourth and Fourteenth Amendments) |
| | **Count II:** 42 U.S.C. § 1983 — State-Created Danger (Fourteenth Amendment Due Process) |
| | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| **Cook County Sheriff Thomas Dart** | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| | **Count IV:** Respondeat Superior (Illinois state law) |

| Defendant | Remaining Claims |
|---|---|
| **Cook County, Illinois** | **Count III:** Willful and Wanton Negligence (Illinois state law) |
| | **Count V:** Indemnification (745 ILCS 10/9-102) |

Respectfully submitted,

*/s/ Lindsey D. G. Dates*

Lindsey D. G. Dates
**THE COCHRAN FIRM – CHICAGO**
140 S. Dearborn Street, Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2900
ldates@henderson-parks.com
Firm No. 62288

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **June 15, 2026**, the foregoing **Plaintiff's Supplement Identifying Remaining Claims and Defendants** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ Abie Ikhinmwin