**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Angelica Junious

                    Plaintiff,

v.                                           Case No.: 1:22–cv–03681
                                             Honorable Edmond E. Chang

W. Baker, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [192]. The parties' agreed discovery schedule is entered as follows: All written discovery shall be issued no later than 45 days before the close of fact discovery; the fact discovery deadline is 4/10/26; Rule 26(a)(2)(c) non–retained medical discovery shall be completed by 4/27/26; initial experts shall be disclosed by 5/29/26 and deposed by 7/14/26; and rebuttal experts shall be disclosed by 8/4/26 and deposed by 8/31/26. The parties must file a joint status report by 1/9/26 describing discovery progress. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.