## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Angelica Junious

     Plaintiff,

v.             Case No.: 1:22−cv−03681
              Honorable Edmond E. Chang

W. Baker, et al.

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

  MINUTE entry before the Honorable Maria Valdez: Plaintiff's Unopposed Motion to Modify the Scheduling Order [222] is granted. The discovery schedule is hereby amended as follows: All written discovery shall be issued no later than 45 days before the close of fact discovery; the fact discovery deadline is 7/10/26; Rule 26(a)(2)(c) non−retained medical discovery shall be completed by 7/24/26; initial experts shall be disclosed by 8/7/26 and deposed by 9/11/26; and rebuttal experts shall be disclosed by 9/25/26 and deposed by 10/18/26. Hearing on Plaintiff's Motion to Compel [221] is set for 4/29/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written responses to the motion must be filed by 12:00 p.m. on 4/27/25. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.