**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELICA JUNIOUS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. W. BAKER #3159, R/O C. CHENGARY #16269, R/LT PURCELL #758, OFFICER NEALON #18420, OFFICER WALZ #18563, OFFICER RAHN #17086, OFFICER GLAZIERS, COOK COUNTY SHERIFF TOM DART, And COOK COUNTY, ILLINOIS,<br><br>Defendants. | ) | Case No. 2022 CV 3681 |

**-OPPOSED-**

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

Defendants Cook County, Cook County Sheriff Tom Dart in his official capacity, Corinne Chengary, Karen Purcell, Ryan Walz, Jessica Rahn, William Baker and Jacquette Nealon (collectively "Defendants") by their undersigned attorneys, jointly move this Honorable Court for an Extension of Time to complete fact discovery. In support of their motion, Defendants state:

1. On July 6, 2026, this Court entered a scheduling order setting a fact discovery deadline of August 19, 2026. (Dkt. #240).

2. The parties have been working to complete written discovery, document productions, witness depositions, Rule 30(b)(6) depositions, and other fact-witness discovery.

3. Despite those efforts, certain discovery remains outstanding and cannot reasonably be completed before the current fact-discovery deadline:

a. Plaintiff has not yet served responses to Defendants Cook County's and Cook County Sheriff Tom Dart's Second Set of Interrogatories and a First set of Requests to Admit. Until those responses are received and reviewed, Cook County cannot determine whether additional discovery or related deposition testimony will be necessary.

b. Plaintiff has identified medical and mental-health treatment providers and has represented that additional medical records were requested or being acquired from those providers, including records from Jackson Park Hospital & Medical Center, UChicago Medicine Ingalls Memorial, Friend Family Health Center, Habilitative Systems Inc., Garfield Park Hospital, Hartgrove Hospital, Ascension Saint Elizabeth, St. Bernard Hospital, Swedish Covenant Hospital, and Saint Joseph Hospital.[1] Defendants do not yet have all records necessary to evaluate Plaintiff's treatment history. Plaintiff's medical and mental-health records are directly relevant to her claimed injuries, alleged damages, causation, and the parties' anticipated expert opinions. Once those records are produced and reviewed, Defendants may need to conduct limited additional discovery, including depositions of treating providers or other witnesses identified through those records.

c. On July 23, 2026, Plaintiff served an amended notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on Defendant Cook County. Defendant Cook County has objected to the scope of certain topics, and some topics may require testimony from more than one representative or entity. The parties are continuing to meet and confer regarding the proper scope of the topics and the

---

[1] *See* Pl.'s Resp. to Defs.' First Set of RFPs, Nos. 7-8, identifying medical and mental-health providers and stating that additional records had been requested or were being acquired.

appropriate witness or witnesses to address them. Resolution of these issues is necessary before the remaining Rule 30(b)(6) discovery can be completed

d. By information and belief, counsel for Defendant Nealon intends to file a motion seeking leave to depose Plaintiff Angelica Junious. Counsel for Defendant Nealon has represented that no counsel for Defendant Nealon had an opportunity to depose Plaintiff when her deposition was previously taken. Resolution of that issue may affect the scope and timing of remaining fact discovery.

e. Counsel for Defendant Nealon has also raised a discovery issue concerning material inconsistency between Plaintiff's Answers to Defendant Nealon's Second Set of Interrogatories and a prior status report concerning Plaintiff's counsel's communications with Defendant Nealon while she was unrepresented by counsel. Counsel for Defendant Nealon has raised the issue pursuant to Rule 37.2, and the parties may require further meet-and-confer efforts, supplemental responses, additional discovery, or motion practice.

4. This motion is not brought for any improper purpose. No prejudice will result to any party by the granting of this motion.

5. Counsel for Defendants conferred with Plaintiff's counsel regarding this motion. Counsel for Plaintiff opposes the requested extension.

WHEREFORE, Defendants respectfully request this Honorable Court extend the fact discovery deadline by 30 days, from August 19, 2026 to September 19, 2026.

Dated: August 4, 2026

Respectfully Submitted,

/s/ Michael J. Schalka

*One of the Attorneys for Cook County and Cook County Sheriff Tom Dart, in his Official Capacity*

Michael J. Schalka
Thomas M. Leinenweber
James V. Daffada
**Leinenweber Daffada & Sansonetti LLC**
120 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 663-3003
mjs@ilesq.com
thomas@ilesq.com
jim@ilesq.com

/s/ Amy M. Kunzer

*One of the Attorneys for Defendants, Karen Purcell, Corinne Chengary, Ryan Walz, Jessica Rahn*

William B. Oberts
Amy M. Kunzer
**Oberts Galasso Law Group**
181 W. Madison St., Suite 4700
Chicago, IL 60602
312-741-1024
wboberts@obertsgalasso.com
amkunzer@obertsgalasso.com
docket@obertsgalasso.com

/s/ John C. Coyne

*Attorney for Defendant Jacquetta Nealon*

**Law Offices of John C. Coyne**
53 W. Jackson Blvd., Suite 1750
Chicago, IL 60604
(312) 929-4308
jcc@johnccoynelaw.com

/s/ Christopher Sloss

*One of the Attorneys for Defendant William Baker*

**O'Connor & Battle, LLP**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
(312) 786-4600
csloss@mokblaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 4, 2026, the foregoing Motion for Extension of Time to Complete Fact Discovery was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ Michael J. Schalka