**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **ANGELICA JUNIOUS** | ) | **Case No. 22-CV-03681** | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | | |
| | ) | | |
| **W. Baker,** *et al.* | ) | | |
| | ) | **Judge:** | **Edmond E. Chang** |
| **Defendants.** | ) | **Referral:** | **Maria Valdez** |

<u>**PLAINTIFF ANGELICA JUNIOUS' OBJECTIONS AND ANSWERS TO JACQUETTA NEALON'S SECOND SET OF INTERROGATORIES**</u>

<u>**GENERAL OBJECTIONS**</u>

1.      Plaintiff objects to these Interrogatories to the extent they seek information protected from disclosure by any privilege, joint-defense, or work product rule.

2.      Plaintiff objects to these Interrogatories to the extent they seek information that is unduly burdensome on Plaintiff to obtain.

3.      Plaintiff objects to these Interrogatories to the extent they seek information that is not likely to lead to the discovery of relevant evidence.

4.      Plaintiff objects to these Interrogatories to the extent they are overly broad, ambiguous, and/or vague.

5.      Plaintiff objects to these Interrogatories to the extent they violate confidentiality or privacy.

6.      Plaintiff objects to these Interrogatories to the extent they violate any Court rules or Rules of Civil Procedure.

7.      Plaintiff objects to these Interrogatories to the extent they request information prematurely.

1

8.      These General Objections are incorporated into the specific responses of each individual Interrogatory.

9.      Plaintiff reserves the right to supplement Plaintiff's Responses to these Interrogatories as the case continues.

**RESPONSES**

1.      Please state your full name, as well as your inmate number, name and address of institution where you are/were housed (or current residence address), date of birth, marital status, and driver's license number.

**ANSWER:**    Plaintiff objects to this Interrogatory because it seeks information that is not relevant.  Plaintiff objects to this Interrogatory because it is not reasonably calculated to lead to admissible evidence.  Plaintiff also repeats and reasserts its General Objections as if set forth fully here.  Plaintiff further reserves the right to supplement this response at a later time.  Subject to and without waiving any of its objections, Plaintiff states the following: Angelica Lavern Junious; 5016 West West End Avenue #2D, Chicago, IL, 60644; Inmate Number: 838489; DOB: September 4, 1999; Marital Status: Single.  Plaintiff further states that she does not have a driver's license.

2.      Please identify the date of any contact you had with Defendant NEALON, and state whether said contact was in person, over the phone, or by some other method, and, if so, what that method of communication consisted of:

**ANSWER:**    Plaintiff objects to this Interrogatory because it is vague and ambiguous.  Plaintiff objects to this Request because it is overly broad and unduly burdensome.  Plaintiff also repeats and reasserts its General Objections as if set forth fully here.  Plaintiff further reserves the right to supplement this response at a later time.  Subject to and without waiving any of its objections, Plaintiff directs the Defendant to the Complaint, Amended Complaint, the documents

and statements that Plaintiff has previously produced, and the parties' initial Rule 26(a) Disclosures, which include interviews and statements of Cook County employees.

3.  With respect to any contact identified in the preceding Interrogatory, please state a) what specifically was said, or communicated, by you to Defendant, NEALON; and b) what specifically was said, or communicated, by Defendant NEALON, to you on each date of communication identified. Please also identify by full name and address each person who was either present, or participated, in the communication identified.

**ANSWER:**  Plaintiff objects to this Interrogatory because it is vague and ambiguous. Plaintiff objects to this Request because it is overly broad and unduly burdensome.  Plaintiff also repeats and reasserts its General Objections as if set forth fully here.  Plaintiff further reserves the right to supplement this response at a later time.  Subject to and without waiving any of its objections, Plaintiff directs the Defendant to the Complaint, Amended Complaint, the documents and statements that Plaintiff has previously produced, and the parties' initial Rule 26(a) Disclosures, which include interviews and statements of Cook County employees.

4.  Please identify the full name and address of any attorney, or agent, acting on your behalf who had any contact with Defendant Nealon at any time.

**ANSWER:**  Plaintiff objects to this Interrogatory because it is vague and ambiguous. Plaintiff objects to this Request because it is overly broad and unduly burdensome.  Plaintiff also repeats and reasserts its General Objections as if set forth fully here.  Plaintiff further reserves the right to supplement this response at a later time.  Subject to and without waiving any of its objections, Plaintiff states that she is not aware of any such contacts.

5.     Please identify the date of any contact that any attorney, or agent, acting on your behalf had with Defendant NEALON, and state whether said contact was in person, over the phone, or by some other method, and, if so, what that method of communication consisted of:

**ANSWER:**     Plaintiff objects to this Interrogatory because it is vague and ambiguous. Plaintiff objects to this Request because it is overly broad and unduly burdensome. Plaintiff also repeats and reasserts its General Objections as if set forth fully here. Plaintiff further reserves the right to supplement this response at a later time. Subject to and without waiving any of its objections, Plaintiff states that she is not aware of any such contacts.

6.     With respect to any contact identified in the preceding Interrogatory, please state a) what specifically was said, or communicated, by any attorney, or agent, acting on your behalf to Defendant NEALON; and b) what specifically was said, or communicated, by Defendant NEALON, to any attorney, or agent, acting on your behalf. Please also identify by full name and address each person who was present at the time of, or participated, in the communication identified.

**ANSWER:**     Plaintiff objects to this Interrogatory because it is vague and ambiguous. Plaintiff objects to this Request because it is overly broad and unduly burdensome. Plaintiff also repeats and reasserts its General Objections as if set forth fully here. Plaintiff further reserves the right to supplement this response at a later time. Subject to and without waiving any of its objections, Plaintiff states that she is not aware of any such contacts.

7.     With respect to any contact identified in response to any of the preceding interrogatories, please identify with specificity any note, memorandum, text message, email, report or other record of the subject communication, of whatever nature, by identifying the: a) date prepared; b) full name and address of the preparer; c) description of the subject record (e.g. note,

email, etc.) d) complete contents of the subject record; and e) the full name and address of any person who presently has possession of the subject record of communication.

**ANSWER:** Plaintiff objects to this Interrogatory because it is vague and ambiguous. Plaintiff objects to this Request because it is overly broad and unduly burdensome. Plaintiff also repeats and reasserts its General Objections as if set forth fully here. Plaintiff further reserves the right to supplement this response at a later time. Subject to and without waiving any of its objections, Plaintiff states that she is not aware of any such contacts.

**PLAINTIFF, ANGELICA JUNIOUS**
By: /s/ Lindsey Dates
One of her Attorneys

**THE COCHRAN FIRM – CHICAGO**
140 S. Dearborn St., Suite 1020
Chicago, Illinois 60603
Telephone: (312) 262-2880
ldates@henderson-parks.com
mbrooks@cochranfirm.com
ccarmichael@henderson-parks.com
Firm No. 62288