**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-03681 |
| v. | ) | |
| | ) | Magistrate Judge |
| W. BAKER, ET AL., | ) | Maria Valdez |
| | ) | |
| Defendants. | ) | |

## ORDER

The above-entitled cause coming before the Honorable Judge Maria G. Valdez, and the Court having been fully advised in the premises, it is hereby ordered that:

1. Subject to the terms below, counsel for Plaintiff, counsel for Defendants Cook County and the Cook County Sheriff's Office, agree to arrange an in-person inspection Cermak 3SE (Division 8), Cell 3149, Cell 3150, Cell 3151.

2. Only parties or engaged experts who have submitted legal identification to the Sheriff's Office for a security background check shall be permitted to attend the inspection.

3. All party attorneys or engaged experts who plan to attend the inspection shall submit to the CCSO copies of the front and back of their state identification cards or passports at least six days in advance of the proposed inspection date.

4. The inspection shall be limited to the identified cells. Attendees shall be allowed to visually inspect and examine the interior and exterior of Cell 3149, Cell 3150, Cell 3151, the cell doors, and the interior room connecting 3149 and 3151.

5. Designated parties or experts may be permitted to measure or photograph the subject cells and cell doors. Detailed descriptions of all cameras or measuring equipment must be submitted to the Sheriff's Office at least 6 days prior to the proposed inspection date, so that

security staff may approve such items and issue an Entry Letter permitting the respective designee to enter the security facility with the described items on his or her person. The cameras or measuring equipment shall also be subject to inspection at the time of entry.

6. Copies of the Entry Letter or letters shall accompany the parties on the day of the inspection.

7. All parties attending the inspection shall comply with all applicable Sheriff's Office and jail security rules, screening requirements, escort requirements, and instructions from jail personnel. No attendee shall communicate with, question, interview, photograph, record, or otherwise interact with any detainee, correctional staff member, medical staff member, or other non-party witness during the inspection.

8. Cell phones and video recording devices are not permitted in secured areas of the jail. The use of cameras or other photographic equipment shall be subject to the Sheriff's Office's security rules and prior approval. No photographs or recordings shall capture detainees, staff identifying information, security-sensitive equipment, camera systems, control areas, lock/key systems, computer screens, documents, medical information, or other confidential or security-sensitive information.

9. Any photographs, measurements, diagrams, notes reflecting objective inspection conditions, or other materials generated during the inspection shall be used solely for purposes of this litigation and shall not be disclosed outside this litigation except by agreement of the parties or order of Court. Any photographs or recordings permitted by the Sheriff's Office shall be treated as confidential pending further agreement of the parties or order of Court, and copies shall be provided to all parties within 21 days of the inspection.

10. The inspection shall occur on a date and time agreed to by the parties and the Sheriff's Office and shall be conducted in a manner that minimizes disruption to jail operations, staffing, detainee movement, and institutional security.

**SO ORDERED.**

**ENTERED:**

**DATE:** **August 17, 2026**

Maria Valdez

**HON. MARIA VALDEZ**
**United States Magistrate Judge**