**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Angelica Junious
Plaintiff,
v.
W. Baker, et al.
Defendant.

Case No.: 1:22−cv−03681
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Maria Valdez: Hearing on Defendants' Motion for Rule to Show Cause [258] is set for 10/13/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written responses to the motion must be filed by 12:00 p.m. on 10/5/25. Defendants are ordered to serve a copy of this order on Respondents forthwith. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.