**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELICA JUNIOUS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 22-CV-03681 |
| v. | ) | |
| | ) | Judge: Edmond E. Chang |
| W. BAKER, et al. | ) | Referral: Maria Valdez |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS JOINT MOTION TO STRIKE PLAINTIFF'S SECOND SET OF REQUESTS TO ADMIT**

Now come Defendants, Karen Purcell, Jaqueta Nealon, Ryan Walz, Corrine Chengary, Jessica Rahn, Sgt. Baker, Sheriff Tom Dart and Cook County, and for their Joint Motion to Strike Plaintiff's Second Requests to Admit, state:

1. The deadline to serve written discovery was May 26, 2026. Dkt. 225. On August 19, 2026, fact discovery was scheduled to close. On the same day, the Court granted Defendants' motion for an extension of time to complete discovery by thirty days. Dkt. 245; Dkt. 256.

2. The court's extension of fact discovery through September 18, 2026 did not reopen the May 26, 2026 written discovery deadline.

3. Plaintiff did not serve its Second Set of Requests to Admit to all defendants until September 18, 2026, the last day of fact discovery. A copy of those requests is attached as **Exhibit A.** Rule 36(a)(3) provides Defendants thirty days to respond, so the responses would not be due until October 18, 2026, after fact discovery had already closed.

4. Defendants object to Plaintiff's Request to Admit as untimely, since they were propounded on the last day of fact discovery on September 18, 2026, in violation of Local Rule 16.1. Under Local Rule 16.1, discovery must be completed before the discovery closing date.

Discovery requested before the discovery closing date but not scheduled for completion before the discovery closing date, does not comply with this order.

5. Defendants acknowledge there is a split between courts as to whether requests for admissions are subject to discovery deadlines set forth in scheduling orders. The majority view, which this district has adopted, treats requests for admissions as discovery subject to discovery deadlines. *Reitz v. Creighton,* 2019 WL 5798680 at *2, citing *Edeh v. Equifax Info. Servs, LLC,* 2013 WL 12304665 at *2 (D. Minn. 2013)(collecting cases holding requests to admit to discovery deadlines.

6. In addition to being untimely, Plaintiff's requests for admission violate Rule 26 because they address issues and facts which witnesses have already testified to in depositions, and a requests that asks to "affirm the truth or falsity of testimony given in support of or opposition to a party's position is an inappropriate use of Rule 36. *Reitz,* at *3.

7. Furthermore, Defendants have already deposed Plaintiff's expert, so this new matter would alter the evidence of record after Plaintiff's expert has been deposed.

For all of the foregoing reasons, Defendants jointly request this Honorable Court to strike Plaintiff's Second Request to Admit and for any such further relief this Court deems just.

Respectfully Submitted,

______________________________________

One of the Attorneys for Defendants, Karen Purcell, Corinne Chengary, Ryan Walz, Jessica Rahn

William B. Oberts
Amy M. Kunzer
**Oberts Galasso Law Group**
181 W. Madison St., Suite 4700
Chicago, IL 60602
312-741-1024

wboberts@obertsgalasso.com
amkunzer@obertsgalasso.com
docket@obertsgalasso.com

*/s/ John C. Coyne*
Counsel for Defendant Officer Nealon

John C. Coyne
**Law Offices of John C. Coyne**
53 West Jackson Blvd., Suite 1750
Chicago, IL 60604
Email: jcc@johnccoynelaw.com
Tel: 312-929-4308

*/s/ Kenneth M. Battle*
Counsel for Defendant W. Baker

Kenneth M. Battle
**O'Connor & Battle, LLP**
111 West Jackson Blvd
Ste 1700
Chicago, IL 60604
Email: kbattle@mokblaw.com
Tel: 312-786-4607

*/s/ Thomas More Leinenweber*
Counsel for Defendants
County of Cook and Thomas Dart

Thomas More Leinenweber
**Leinenweber Baroni & Daffada, LLC**
120 North LaSalle Street
Suite 2000
Chicago, IL 60602
Email: thomas@ilesq.com
Tel: (312) 663-3003

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendants Joint Motion to Strike Plaintiff's Second Set of Requests to Admit** was filed on October 8, 2026, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ William B. Oberts*