# EXHIBIT A

**Michael Schalka**

---

**From:** Michael Schalka <mjs@ilesq.com>
**Sent:** Monday, October 19, 2026 4:18 PM
**To:** Lindsey Dates <LDates@henderson-parks.com>; Angelica Czajkowski <aczajkowski@henderson-parks.com>; mbrooks <mbrooks@cochranfirm.com>; John Coyne <jcc@johnccoynelaw.com>; Christopher Sloss <csloss@mokblaw.com>; Angelica Czajkowski <aczajkowski@cochranfirmchicago.com>; Cynthia Marin <CMARIN@henderson-parks.com>; Bill Oberts <wboberts@obertsgalasso.com>; Amy Kunzer <amkunzer@obertsgalasso.com>; Samantha Rule <srule@obertsgalasso.com>; debra <debra@johnccoynelaw.com>; borozco <borozco@kulislawltd.com>; Ken Battle <kbattle@mokblaw.com>; Lisa Jackson <ljackson@mokblaw.com>
**Cc:** Thomas Leinenweber <thomas@ilesq.com>; Jim Daffada <jim@ilesq.com>; Jake Stortz <jrs@ilesq.com>
**Subject:** Junious - Defendants' Expert Disclosure
**Attachments:** Junious - Defendants' Expert Discolsure.pdf; Smith_Rebuttal_Expert_Report_Junious_2026-10-19.pdf; Hayden P Smith c.v. (updated October 2026).pdf

Counsel,

Attached please find Defendants' expert disclosure.

Michael J. Schalka
Leinenweber Daffada & Sansonetti LLC
Wilmette Office
Direct: 224-408-8949
www.ilesq.com