# EXHIBIT B

**Lindsey Dates**

**From:** Lindsey Dates <LDates@henderson-parks.com>
**Sent:** Friday, September 11, 2026 4:05 PM
**To:** jcc@johnccoynelaw.com; Michael Schalka <mjs@ilesq.com>; mbrooks <mbrooks@cochranfirmchicago.com>; Christopher Sloss <csloss@mokblaw.com>; Amy Kunzer <amkunzer@obertsgalasso.com>; Bill Oberts <wboberts@obertsgalasso.com>; Ken Battle <kbattle@mokblaw.com>; Debra@johnccoynelaw.com
**Cc:** Jim Daffada <jim@ilesq.com>; Thomas Leinenweber <thomas@ilesq.com>; Cynthia Marin <CMARIN@henderson-parks.com>; Lindsey Dates <LDates@henderson-parks.com>
**Subject:** Plaintiff's Rule 26 Expert Disclosure
**Attachments:** Plaintiff's Rule 26 Expert Disclosure Certificate.pdf; Junious_Lichten_Report.pdf; Junious_Lichten_Invoices.pdf; Lichten_CV.pdf

Counsel:

Per the Court's Scheduling Order, please see the attached Rule 26 expert disclosure and related materials.

Best regards,

**Lindsey D. G. Dates** | hendersonPARKS
140 South Dearborn Street, Suite 1020 | Chicago IL 60603
Phone 312.262.2900 | Fax 312.262.2901 | Direct 312.262.2909
ldates@henderson-parks.com
www.henderson-parks.com

---

**From:** Lindsey Dates <LDates@henderson-parks.com>
**Sent:** Friday, September 11, 2026 11:11 AM
**To:** jcc@johnccoynelaw.com <jcc@johnccoynelaw.com>; Michael Schalka <mjs@ilesq.com>; mbrooks <mbrooks@cochranfirmchicago.com>; Christopher Sloss <csloss@mokblaw.com>; Amy Kunzer <amkunzer@obertsgalasso.com>; Bill Oberts <wboberts@obertsgalasso.com>; Ken Battle <kbattle@mokblaw.com>; Debra@johnccoynelaw.com <Debra@johnccoynelaw.com>
**Cc:** Jim Daffada <jim@ilesq.com>; Thomas Leinenweber <thomas@ilesq.com>; Cynthia Marin <CMARIN@henderson-parks.com>
**Subject:** Expert Opinion Disclosures Today

Counsel:

The Court extended the time for fact discovery, but did not extend the other deadlines. Accordingly, all parties should disclose any expert opinions today. We plan to do so later this afternoon.

**Lindsey D. G. Dates** | hendersonPARKS
140 South Dearborn Street, Suite 1020 | Chicago IL 60603
Phone 312.262.2900 | Fax 312.262.2901 | Direct 312.262.2909

[ldates@henderson-parks.com](mailto:ldates@henderson-parks.com)
[www.henderson-parks.com](http://www.henderson-parks.com)